# ALABAMA COURT OF CRIMINAL APPEALS



October 10, 2025

**CR-2024-0608**
William Brent Sigler v. State of Alabama (Appeal from Monroe Circuit Court:  CC-21-54)

## <u>NOTICE</u>

You are hereby notified that on October 10, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk